UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANCE RAIKOGLO,

        Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

CASE NO. 3:24-CV-5505-TL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. §-1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 1) is GRANTED. However, based on the allegations in the proposed complaint, it does not appear Plaintiff has adequately stated a claim. Therefore, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B).

    The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

    Dated this 28th day of June, 2024.

David W. Christel
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1