UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE RAIKOGLO,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>UNITED STATES OF AMERICA ET AL,<br><br>　　　　　　　Defendants. | CASE NO. 3:24-cv-05505-TL<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

　　　This matter is before the Court on its own motion. On June 25, 2024, Plaintiff filed an application to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. Plaintiff's application for IFP status was granted, but U.S. Magistrate Judge David W. Christel recommended review of the proposed complaint under 28 U.S.C. § 1915(e). Dkt. No. 4. The complaint was entered on the docket on June 28, 2024. Dkt. No. 5. The Court subsequently dismissed Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e), and Plaintiff was granted leave to file an amended complaint by October 16, 2024. Dkt. No. 7.

Pursuant to the Court's Order of Dismissal with Leave to Amend (Dkt. No. 7), Plaintiff's amended complaint was due by no later than Wednesday, October 16, 2024. Plaintiff has not filed an amended complaint to date.

Accordingly, Plaintiff's action is DISMISSED WITHOUT PREJUDICE.

Dated this 30th day of October 2024.

Tana Lin
United States District Judge